**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | |
| | : | **CRIMINAL ACTION** |
| **CESAR FELIPE** | : | **NO. 05-711-1** |

**O R D E R**

AND NOW, this 5th day of February, 2010, upon consideration of Cesar Felipe's Motion

For Sentencing Adjustment (Doc. No. 102), and the Government's Response (Doc. No. 108), for

the reasons discussed in the accompanying Memorandum, the Motion is DISMISSED.

BY THE COURT:

   /s/ Gene E.K. Pratter
Gene E.K. Pratter
*United States District Judge*