**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| **of AMERICA** | : | **CRIMINAL** |
| | : | **No. 05-711-1** |
| *v.* | : | |
| | : | |
| **CESAR FELIPE** | : | |

## O R D E R

**AND NOW**, this 2nd day of December, 2010, upon consideration of Defendant Cesar

Felipe's Motion for Modification of Sentence (Docket No. 111), it is hereby **ORDERED** that the

Motion is **DENIED**.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE